

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 21 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Deshun R Leggett
_____
Plaintiff

v.   CASE NO. 3:23cv3105-TSL-RPM

Hinds County Raymond Jail
_____
Defendant

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Deshun R Leggett
   B. Name under which sentenced: N/A
   C. Inmate identification number: 000187080
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 1935 US HWY 49 N Tutwiler, MS 38963
   E. Place of confinement:

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Hinds County Raymond Jail
   Title (Superintendent, Sheriff, etc.): Tyree Jones
   Defendant's mailing address (street or post office box number, city, state, ZIP): 1450 County farm Rd Raymond, MS

NO MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                                   PAGE 2

**Name:** Hinds County offices

**Title (Superintendent, Sheriff, etc.):** Tyree Jones

**Defendant's mailing address (street or post office box number, city, state, ZIP)** 1450 County Farm Rd Raymond MS

**Name:**

**Title (Superintendent, Sheriff, etc.):**

**Defendant's mailing address (street or post office box number, city, state, ZIP)**

**Name:**

**Title (Superintendent, Sheriff, etc.):**

**Defendant's mailing address (street or post office box number, city, state, ZIP)**

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?   ☐ Yes   ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____   C. Docket No.: _____

   D. Judge's Name: _____   E. Date suit filed: _____

   F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?   ☑ Yes   ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).   ☑ Yes   ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 3

| | | |
|---|---|---|
| A. Does the grievance system place a limit on the time within which a grievance must be presented? | ☐ Yes | ☒ No |
| B. If you answered "Yes," did you file or present your grievance within the time limit allowed? | ☐ Yes | ☐ No |

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I stated I wish to complaint about me being assaulted and I was getting no fair of my rights to get a chance to go through the grievance process. They had all the machines down at Unit but I put one in anyway. Mine it never got presented. That's why I'm pursuing it. I wish to cause it if it are down here. Where it's never was reviewed.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

They never reviewed it or gave me a response. It's been 90 days since I put it in.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                  PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   _____
   _____
   _____
   _____
   _____
   _____

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   (1) It's all the 1st Shift Officers that work around March of 2023 that work on A pod Hinds County Raymond ja. (2) And the 1st Shift of October of 2023 on C-2 housing unit that I was assuated I dont have No clue of all they names but the cameras footage will identify them if needed. (3) And the living conditions of the jail like roaches everywhere. Showers nasty, mold + meldew in cells and the showers. The water mess up toilet bog up and more. But I will like to get help on these listed above to whom this may concern.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I wish to file a civil action law suit against Hinds county Raymond Jail that's should be held accountable for my rights getting broke and causing me to have mental issues behind my mind going in and out having ehr to be pair.old and having been able to get any help behind this situation.

"For Pain + Suffering + Cruel + unusual punishment."

This Complaint was executed at (location): Hinds county Raymond Jail
and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 10/24/23

Plaintiff's Signature